IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEROY DUKES, | No. 2:12-CV-2871-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| N. WALKSON, et al., | |
| Respondents. | |
| _____ / | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner appears to challenge an adverse prison disciplinary decision.[1]  Consequently, the instant petition is one for review of the execution of a sentence imposed by a California state court.  As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined."  <u>Dunne v. Henman</u>, 875 F.2d 244, 249 (9th Cir. 1989).  Petitioner is incarcerated at Salinas Valley State Prison,

---

[1]     The petition is largely unintelligible.  For relief, however, the following can be discerned: "I want the judge to order the warden and the counselor and Captain Walkson to take inmate Dukes off this punishment. . . ."  It thus appears that an adverse prison disciplinary or other such administrative decision resulted in some punishment in the form of loss of privileges which petitioner wants restored.

1

1 located in Monterey County, which is located within the Northern District of California.  Because
2 the action was not filed in the proper venue, the action will be transferred.
3       Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
4 United States District Court for the Northern District of California.

6 DATED:  January 16, 2013

7
8                                   **CRAIG M. KELLISON**
                                  UNITED STATES MAGISTRATE JUDGE