IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN LEROY DUKES, | No. 2:12-CV-2871-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| N. WALKSON, et al., | |
| Respondents. | |
| _____ / | |

       Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner appears to challenge an adverse prison disciplinary decision.[1] Consequently, the instant petition is one for review of the execution of a sentence imposed by a California state court. As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated at Salinas Valley State Prison,

---

[1] The petition is largely unintelligible. For relief, however, the following can be discerned: "I want the judge to order the warden and the counselor and Captain Walkson to take inmate Dukes off this punishment. . . ." It thus appears that an adverse prison disciplinary or other such administrative decision resulted in some punishment in the form of loss of privileges which petitioner wants restored.

1 located in Monterey County, which is located within the Northern District of California.  Because
2 the action was not filed in the proper venue, the action will be transferred.
3         Accordingly, IT IS HEREBY ORDERED that this action is transferred to the
4 United States District Court for the Northern District of California.

6  DATED: January 16, 2013

7                                              _____
8                                              **CRAIG M. KELLISON**
                                               UNITED STATES MAGISTRATE JUDGE